**No. 62830.**—Manca, Inc. *v.* United States, protest 317309–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the items of merchandise designated as "Near Focusing Devices 'Sooky'" are used in focusing cameras and are essential to the operation of said articles, the claim of the plaintiff was sustained.